**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SAIEEDA DAVIS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **ELWYN OF PENNSYLVANIA AND** | : | |
| **DELAWARE d/b/a ELWYN** | : | **NO. 25-06362** |

**ORDER**

**NOW**, this 19th day of November, 2026, upon consideration of Defendant Elwyn of Pennsylvania and Delaware's Motion for Summary Judgment (Doc. No. 13), the plaintiff's response, and the defendant's reply, **IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that judgment is **ENTERED** in favor of the defendant Elwyn of Pennsylvania and Delaware and against plaintiff Saieeda Davis.

TIMOTHY J. SAVAGE, J.